DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TODD KROUNER,**
as Plenary Guardian of Robert Krouner,
Appellant,

v.

**LYNN KROUNER APPLEBAUM, MARC APPLEBAUM,**
and **ELAINE KROUNER,**
Appellees.

No. 4D0023-0205

[December 7, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Senior Judge; L.T. Case No. 50-2021-CA-005361-XXXX-MB.

Kevin P. Mason of KPM Law Firm, P.A., Boca Raton, for appellant.

Amy B. Beller of Beller Smith, P.L., Boca Raton and Robert J. Hauser of Sniffen & Spellman P.A., West Palm Beach, for appellees Lynn Krouner Applebaum and Marc Applebaum.

R. Lee McElroy IV of Downey | McElroy, P.A., for appellee Elaine Krouner.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***